UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT PATRICK CAMERON,

      Plaintiff,                                                  No. 20-10119

v.                                                        Honorable Nancy G. Edmunds

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.
_____/

**JUDGMENT**

The Court having reviewed and fully considered the pleadings filed by the parties and the magistrate judge's report and recommendation, and for the reasons set forth in the opinion and order entered this date;

The report and recommendation is hereby accepted and adopted as the findings and conclusions of the Court.

IT IS ORDERED AND ADJUDGED that Plaintiff's motion for summary judgment is GRANTED, Defendant's motion for summary judgment is DENIED, this case is REMANDED to the administrative law judge pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings, and the case is hereby DISMISSED.

SO ORDERED.

                                      s/Nancy G. Edmunds
                                      Nancy G. Edmunds
                                      United States District Judge

Dated: March 30, 2021

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 30, 2021, by electronic and/or ordinary mail.

           s/Lisa Bartlett
           Case Manager